IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hall-Stone, Regina A | Case Number: 08 B 11158 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/19/08 | Filed: 5/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Mortgage Electronic Registration Sys | Secured | 26,098.54 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 6,000.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 211.45 | 0.00 |
| 6. | CitiMortgage Inc | Secured | | No Claim Filed |
| 7. | Taylor Bean And Whitaker Mortgage Compan | Secured | | No Claim Filed |
| 8. | Chevy Chase FSB | Secured | | No Claim Filed |
| 9. | Beneficial | Secured | | No Claim Filed |
| 10. | Nicor Gas | Unsecured | | No Claim Filed |
| 11. | Federal Express Corp | Unsecured | | No Claim Filed |
| 12. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 32,309.99 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hall-Stone, Regina A | Case Number:  08 B 11158 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/19/08 | Filed:  5/2/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

